| | |
|---|---|
| **From:** | Wedade Abdallah |
| **To:** | NYWDml_Pedersen PpO; James Bock |
| **Cc:** | Brett Harvey; Sarah Whitcomb |
| **Subject:** | USA v Shane Scaccia |
| **Date:** | Thursday, April 29, 2021 1:24:09 PM |

Dear Judge Pedersen,

Mr. Scaccia is scheduled for a detention hearing on Friday, April 29, 2021.   At this time I respectfully request a two week adjournment of the detention hearing.   AUSA Brett Harvey informed me that a probation violation warrant will be lodged against Mr. Scaccia on Monday.   I would like to get more information about his state matter before moving forward with a detention hearing.   I will file a letter with the Court this afternoon requesting the adjournment and time exclusion.

Respectfully,

Wedade W. Abdallah
Assistant Federal Public Defender
28 East Main Street
First Federal Plaza Suite 400
Rochester, New York 14614
Phone: 585-263-6201
Fax:585-263-5871