UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

CASE NO. 21-MJ-600

—vs—

NOTICE OF MOTION

SHANE ANTHONY SCACCIA,

*Defendant.*

PLEASE TAKE NOTICE, that upon the annexed affirmation of attorney Matthew R. Lembke, the defendant Shane Scaccia, will hereby move this Court, on submission, for an order adjourning his status update appearance, currently scheduled for January 17, 2023, at 10:30 A.M., <u>for about forty-five days</u>; and granting such other relief as to the Court may seem just and proper.

Dated:  January 17, 2023

*s/Matthew R. Lembke*

Matthew R. Lembke
CERULLI, MASSARE & LEMBKE
*Attorney for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
matt.lembke@cmllawfirm.com